# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **DEAN ZIMMERMAN,** <br><br> Defendant. | PO-17-5102-JTJ <br><br> VIOLATION: <br> 6563535 <br><br> Location Code: M13 <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $200 and a $30 processing fee for VN 6563535 for a total amount of $230 in full by August 11, 2017. Payment(s) should be mailed to the following address:

    CENTRAL VIOLATIONS BUREAU
    P.O. Box 71363
    Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance, currently scheduled for August 11, 2017, is VACATED.

DATED this 24th day of October 2017.

John Johnston
United States Magistrate Judge